TAVE CONSTRUCTION CO., INC., A NEW JERSEY COR-
PORATION, PLAINTIFF-RESPONDENT, v. BENJAMIN
WIESENFELD AND BESS WIESENFELD, DEFENDANTS-
APPELLANTS, AND FRANKLYN B. SPIEZLE AND
WINDSOR CONSTRUCTION CO., A CORPORATION OF
NEW JERSEY, DEFENDANTS.

Superior Court of New Jersey
Appellate Division

Argued February 1, 1966—Decided February 17, 1966.

Before Judges SULLIVAN, LEWIS and KOLOVSKY.

*Mr. Sidney M. Schreiber* argued the cause for defendants-
appellants (*Messrs. Schreiber, Lancaster & Demos,* attorneys;
*Mr. Schreiber,* of counsel; *Mr. Gerald W. Conway,* on the
brief).

*Mr. David L. Greene* argued the cause for plaintiff-re-
spondent.

PER CURIAM.

The judgment is affirmed for the reasons set forth in
Judge Leonard's opinion in the Chancery Division, reported
at 82 *N. J. Super.* 562.